# EXHIBIT A

Home   About Us   Our Practitioners   Contact Us   Rates & Insurance   Links & Resources

Privacy & Policy   Seminars and Workshops   Blog/In the News

914-352-6116   VIEW LOCATION

Accessibility View &

# Hygeia Integrated Health, LLC

My Therapist LCSW, PLLC
Michael Hargrove MD, PLLC

*Behavioral Health, Biofeedback, and other Alternative Therapies*

## Start the journey now. The best is yet to come.

APPOINTMENT REQUEST