UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH NATOLI and FELICIA CUOTO, individually and on behalf of all others similarly situated,

                      Plaintiffs,

               -against-

HYGEIA INTEGRATED HEALTH LLC, MY THERAPIST LCSW PLLC, DENISE FOULKES, and MICHAEL HARGROVE,

                      Defendants.

ORDER

21 Civ. 2791 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Counsel for Plaintiff Felicia Cuoto has notified the Court that it seeks to withdraw from representation.[1] Plaintiff's Counsel will file a motion to withdraw by October 29, 2021 and will serve a copy of its motion on Plaintiff.

        The Court will conduct a telephone conference in this matter on **Thursday, November 16, 2021 at 10:30 a.m.** The purpose of the conference is to discuss Plaintiff's counsel's motion to withdraw. Opposing counsel need not appear on the call. Plaintiff Felicia Cuoto and Plaintiff's counsel must be on the call.

        Plaintiff's counsel and Plaintiff are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The Court is holding multiple telephone conferences on that date, and the parties should call in at the scheduled time and wait on the line for this case to be called. At that time, the Court will un-mute their lines. Two days before the conference, Plaintiff's counsel must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that Plaintiff's counsel and Plaintiff will be using to dial into the conference

---

[1] Plaintiff Sarah Natoli's claims were terminated from this action pursuant to Federal Rule of Civil Procedure 25(a)(1) on September 27, 2021. (Dkt. No. 18)

so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.

        Plaintiff's counsel will mail a copy of this Order to Plaintiff.

Dated: New York, New York
      October 26, 2021

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge